No. 03–7130. BUTLER v. MADISON COUNTY JAIL ET AL. Ct. App. Tenn. Certiorari denied.

No. 03–7131. BAGBY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 03–7138. TAYLOR v. CIRCUIT COURT OF VIRGINIA, PAGE COUNTY. Sup. Ct. Va. Certiorari denied.

No. 03–7144. MESSINA v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–7147. CROMARTIE v. SMITH ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–7151. MILTON v. CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7157. CHAMBERS v. HABITAT CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–7160. MONEY v. WARD, CHAIRMAN, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7161. MORRIS v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7165. FISHER v. CAMBRA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7173. GUZMAN, AKA ALVAREZ-GARCIA v. DUNCAN, SUPERINTENDENT, GREEN MEADOW CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–7176. RODRIGUEZ v. ALEXANDER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7177. ROTHWELL v. HUBBARD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7179. GOLDBLUM v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.